165 A.3d 468

**NOWAK**

v.

**WEBB**

**Pet. Docket No. 129, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 2559, Sept. Term, 2015).

Petition for writ of certiorari denied

■

165 A.3d 468

**OSBORN**

v.

**HERSHBERGER**

**Pet. Docket No. 29, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Dismissed by the Court of Special Appeals (No. 1214, Sept. Term, 2016).

Petition for writ of certiorari denied